67 A.3d 716

In re COUNTY INVESTIGATING GRAND JURY
XXV FOR THE CITY OF PHILADELPHIA.

Petition of R.L., Witness.

No. 30 EM 2013.

Supreme Court of Pennsylvania.

May 23, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of May, 2013, the Motion to File Under Seal is **GRANTED,** and the Petition for Review, the

Petition for Leave to File Reply, and the Motion Seeking Leave to File Supplement to Petition for Leave to File Reply to the Commonwealth's Answer are **DENIED.**